

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00105-CV

AMBREYA PLAYER, Appellant

V.

MANSIONS OF MANSFIELD, Appellee

§ On Appeal from County Court at Law No. 1

§ of Tarrant County (2022-002363-1)

§ March 28, 2024

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr